84 A.3d 1057

Keith **ALEXANDER**, Petitioner

v.

**Honorable Judge Chris WOGAN and Seth Williams, District Attorney, Respondents.**

No. 168 EM 2013.

Supreme Court of Pennsylvania.

Jan. 29, 2014.

## *ORDER*

PER CURIAM.

**AND NOW**, this 29th day of January, 2014, the Application for Relief is **DENIED**. The Prothonotary is directed to strike the name of the jurist from the caption.